# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Pennsylvania Independent Oil & Gas : 
Association, :
 :
 Petitioner :
 :
 v. : No. 321 M.D. 2015
 :
Commonwealth of Pennsylvania, :
Department of Environmental :
Protection, :
 :
 Respondent :


**PER CURIAM**                  **O R D E R**


**NOW**, March 10, 2016, it is ordered that the above-captioned Memorandum Opinion, filed December 29, 2015, shall be designated OPINION and shall be REPORTED.